UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

EMPLOYERS MUTUAL CASUALTY
COMPANY                                                                                          PLAINTIFF

v.                                                    CIVIL ACTION NO. 3:17-CV-00105-CRS-DW

SG&D VENTURES, LLC                                                                          DEFENDANT

Order

For the reasons set forth in the memorandum opinion and the Court being otherwise sufficiently advised, the motion of Plaintiff Employers Mutual Casualty Company to bifurcate trial under Federal Rule of Civil Procedure 42 and to hold the discovery of bad faith issues in abeyance pending the resolution of the underlying declaratory judgment claim and contract counterclaims is **GRANTED**. Trial on the bad faith claim is **BIFURCATED** from the declaratory judgment claim and contract counterclaims. The discovery of the bad faith issues is **HELD IN ABEYANCE** pending the resolution of the underlying declaratory judgment claim and contract counterclaims.

July 18, 2017

Charles R. Simpson III, Senior Judge
United States District Court